

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

2026 MAY 19  A 9: 43

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-113 (MSN) |
| RUHUAN ZHEN,<br>    a/k/a "A Huan,"<br>    a/k/a "Huan,"<br>    a/k/a "Big Brother Huan,"<br>    a/k/a "Ru Huan Zhen,"<br>    a/k/a "Hei Zhi,"<br>    a/k/a "Black Zhi,"<br>    a/k/a "Black Wisdom,"<br>    a/k/a "Si,"<br>    a/k/a "Black Pig,"<br><br>and<br><br>HONGCE WU,<br>    a/k/a "Big Brother Ce,"<br>    a/k/a "Brother Ce,"<br>    a/k/a "Ce Ge,"<br>    a/k/a "Ce,"<br>    a/k/a "Hong Ce Wu,"<br>    a/k/a "Chaud,"<br><br>             *Defendants*. | |

### ORDER TO UNSEAL

This matter having come before the Court on the United States' motion to unseal the above-captioned matter, and the Court having concluded that the United States has shown good cause therefore, it is hereby

ORDERED that the above-captioned case and any documents filed in connection with this matter be unsealed, with the exception of Docket No. 2;

ORDERED that Docket No. 2 shall remain under seal until further Order of the Court, with the Court having found that revealing the material contained in Docket No. 2 would jeopardize an ongoing criminal investigation and endanger witnesses, and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material.

Date: _____

Michael Nachmanoff

Digitally signed by Michael Nachmanoff
Date: 2026.05.20 16:34:58 -04'00'